# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3089**                                         **September Term, 2024**

                                              **1:22-cr-00015-APM-1**
                                              **1:22-cr-00015-APM-2**
                                              **1:22-cr-00015-APM-3**
                                              **1:22-cr-00015-APM-4**

                                  **Filed On:** March 10, 2025

United States of America,

        Appellee

   v.

Kenneth Harrelson,

        Appellant

------------------------------

Consolidated with 23-3090, 23-3097, 23-3098

**No. 25-3015**

                                            **1:22-cr-00015-APM-10**

United States of America,

        Appellee

   v.

Thomas Edward Caldwell,

        Appellant

### **O R D E R**

Upon consideration of the motions to consolidate, it is

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3089**                                                            **September Term, 2024**
**No. 25-3015**

      **ORDERED** that the motions be granted and the above-captioned cases be consolidated.

                                                      **FOR THE COURT:**
                                                       Clifton B. Cislak, Clerk

                               BY:    /s/
                                                       Selena R. Gancasz
                                                       Deputy Clerk