# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-3015**                                                    **September Term, 2024**

**1:22-cr-00015-APM-3**
**1:22-cr-00015-APM-2**
**1:22-cr-00015-APM-4**
**1:22-cr-00015-APM-10**
**1:22-cr-00015-APM-1**

**Filed On: March 10, 2025** [2104825]

United States of America,

       Appellee

   v.

Thomas Edward Caldwell,

       Appellant

------------------------------

Consolidated with 23-3089

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on February 13, 2025, be suspended pending further order of the court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

                BY:    /s/
                        Elbert B.J. Lestrade
                        Deputy Clerk