# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-3015**

_____

**UNITED STATES OF AMERICA**                                   **Appellee,**

    **v.**

**THOMAS E. CALDWELL**                                         **Appellant,**


## UNOPPOSED MOTION TO DISMISS APPEAL

COMES NOW the Appellant, Thomas E. Caldwell, by and through counsel, and moves this Honorable Court, pursuant to Fed. R. App. P. 42(b), to dismiss his pending appeal in the above-titled matter, and in support thereof states as follows:

1) On January 27, 2025 the Appellant noted the instant appeal in the United States District Court for the District of Columbia.

2) On March 10, 2025 this Court granted the Government's motion to consolidate the instant appeal with *United States v. Kenneth Harrelson*, et. al., No. 23-3089. The briefing schedule for the consolidated appeals is currently suspended. (Doc. #2104825).

3) The Appellant's basis for appeal is to challenge the sufficiency of the evidence to support his sole conviction below for Tampering with Documents pursuant to 18 U.S.C. § 1512(c)(1). As the Appellant was sentenced by the District Court to a time-served disposition, his sentence has been fully served.

1

**4)** On March 20, 2025 President Donald J. Trump granted the Appellant a full and unconditional pardon, which Appellant has accepted.

**5)** Accordingly, Appellant has instructed undersigned counsel to dismiss the instant appeal.

**6)** Undersigned counsel fully advised the Appellant of the status and nature of his appeal.  Further, the undersigned fully explained to the Appellant the consequences of dismissing his appeal.

**7)** Attached to this filing is the Appellant's signed affidavit acknowledging his informed consent to the undersigned filing the instant request to dismiss his appeal.  (Exhibit A).

**8)** Government counsel, Assistant U.S. Attorney Daniel Lenerz, does not oppose this request.

WHEREFORE, the Appellant, Thomas E. Caldwell, respectfully requests that this Honorable Court dismiss the instant appeal.

Respectfully submitted,

_____/s/_____

David W. Fischer, Esq.
Federal Bar No. 023787
Empire Towers, Suite 1007
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for the Appellant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon Counsel for the Government, on this 3rd day of April, 2025.

_____/s/_____
David W. Fischer, Esq.


## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 407 words and, therefore, complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).  The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

_____/s/_____
David W. Fischer, Esq.

3